UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| QUICK SORT SACRAMENTO, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANDARD REGISTER, an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant.<br>_____ / | CASE NO. 2:05-CV-00439-LKK-PAN<br>Complaint Filed: January 19, 2005<br><br>**STIPULATION AND ORDER TO HOLD REMAND HEARING ON SHORTENED TIME**<br><br>SENIOR JUDGE LAWRENCE K. KARLTON |

WHEREAS, Plaintiff Quick Sort Sacramento, Inc. ("Quick Sort") initially filed this action in California State Court, Yolo County;

WHEREAS, Defendant Standard Register removed this action to Federal court on March 4, 2005;

WHEREAS, on April 4, 2005 Plaintiff Quick Sort e-filed its motion to remand this case back to State Court, pursuant to a contractual provision;

WHEREAS, Defendant The Standard Register Company received copies of Plaintiff Quick Sort's papers on April 4, 2005, but due to judicial reassignment issues and misunderstandings regarding the relationship between e-filing and service, the hearing could not properly be noticed prior to May 23, 2005.

THE PARTIES, BY THEIR COUNSEL HEREBY STIPULATE:

That, if this Court's schedule allows, the hearing for Plaintiff Quick Sort's Motion To Remand can be heard at 10:00 a.m. on May 9, 2005.

The electronic filer attests that the persons whose names appear below have signed this document.

See General Order 45, Section X.

Dated: April 25, 2005                                MORGAN MILLER BLAIR, A LAW CORPORATION

   S/ JOSHUA D. COHEN
_____
JOSHUA D. COHEN
Attorneys for Plaintiff
QUICK SORT SACRAMENTO, INC.

Dated:                                               ORRICK, HERRINGTON & SUTCLIFFE LLP

   S/ JONATHAN G. RIDDELL
_____
JONATHAN G. RIDDELL
Attorneys for Defendant
THE STANDARD REGISTER COMPANY

## ORDER

It is hereby ORDERED that the time for hearing on Plaintiff Quick Sort's Motion to Remand Case to State Court, is shortened and the hearing will be held on May 9, 2005 at 10:00 a.m. in Courtroom No. 4.

Dated: April 25, 2005

   /s/Lawrence K. Karlton
   Hon. Lawrence K. Karlton, Senior Judge
   United States District Court